```
          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 10-cr-96-PB

**Luis Entley**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for September 8, 2010, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 8, 2010 to November 2, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2010 final pretrial conference is continued to October 28, 2010 at 2:30 p.m.

SO ORDERED.

<u>/s/Paul Barbadoro</u>
Paul Barbadoro
United States District Judge

August 25, 2010

cc: Jeffrey S. Levin, Esq.
Donald Feith, AUSA
United States Probation
United States Marshal